Paul Hart, Esq., SBN 237766
PaulHart@MoncriefHart.com
Dennis Lewis, Esq., SBN 262256
Dennis@MoncriefHart.com
MONCRIEF & HART, PC
16 West Gabilan Street
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Defendants Lee Ann Miller individual and d/b/a Salinas Sports Tavern and Miller/Hurtado, Inc. an unknown business entity d/b/a Salinas Sports Tavern

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | Case No. 5:20-cv-03545-SVK |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| Lee Ann Miller individually and d/b/a Salinas Sports Tavern; and Miller/Hurtado, Inc. an unknown business entity d/b/a Salinas Sports Tavern, | |
| Defendants. | |

It is hereby stipulation by and between the parties, through their respective counsel, that Defendants Lee Ann Miller individual and d/b/a Salinas Sports Tavern and Miller/Hurtado, Inc. an unknown business entity d/b/a Salinas Sports Tavern, shall be granted an extension of time up to and including August 28, 2020, within which to file an Answer to the Complaint in the instant action.

It is so stipulated.

Stipulation and [Proposed] Order
G&G v. Miller, et al.
Case No. 5:20-cv-03545-SVK

Dated: August 11, 2020

LAW OFFICES OF THOMAS P. RILEY, P.C.

_____
Thomas P. Riley, Esq.
Attorney for Plaintiff
G & G Closed Circuit Events, LLC

Dated: August 11, 2020

MONCRIEF & HART, PC

_____
Paul Hart, Esq.
Dennis Lewis, Esq.
Attorneys for Defendants
Lee Ann Miller individual and d/b/a Salinas Sports Tavern and Miller/Hurtado, Inc. an unknown business entity d/b/a Salinas Sports Tavern

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants Lee Ann Miller individual and d/b/a Salinas Sports Tavern and Miller/Hurtado, Inc. an unknown business entity d/b/a Salinas Sports Tavern shall file an Answer with this Court on or before August 28, 2020.

IT IS SO ORDERED.

Date: 8/13/2020

_____
Susan van Keulen
United States Magistrate Judge
United States District Court,
Northern District of California

Stipulation and [Proposed] Order
G&G v. Miller, et al.
Case No. 5:20-cv-03545-SVK

2